UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:  
    David T. Otis

    Debtor(s)

Case No. 12-63795-TJT

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tammy L. Terry, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/26/2012.

2) The plan was confirmed on 05/01/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/07/2015, 06/14/2017, 07/11/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/10/2018.

5) The case was dismissed on 06/11/2018.

6) Number of months from filing to last payment: 64.

7) Number of months case was pending: 68.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,802.04.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $121,170.52 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $121,170.52

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $8,140.72 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $7,618.45 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $15,759.17

Attorney fees paid and disclosed by debtor: $200.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Adat Shalom | Unsecured | 1,725.00 | NA | NA | 0.00 | 0.00 |
| American Eye Institute | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| Animal Emergency Center, PLLC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Ashley Funding Services, LLC its successo | Unsecured | NA | 0.00 | 2,101.14 | 0.00 | 0.00 |
| Beaumont Hospitals | Unsecured | NA | 0.00 | 21,251.07 | 0.00 | 0.00 |
| Beaumont Laboratory | Unsecured | 693.10 | NA | NA | 0.00 | 0.00 |
| Beaumont Reference Laboratory | Unsecured | 36.79 | NA | NA | 0.00 | 0.00 |
| Build Your Firm | Unsecured | 783.29 | NA | NA | 0.00 | 0.00 |
| Cardiology Associates of MI | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 156.17 | NA | NA | 0.00 | 0.00 |
| Cheryl A. Larson | Unsecured | NA | 1,107.00 | 1,107.00 | 0.00 | 0.00 |
| Compass Self Storage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp. | Secured | NA | 14,867.96 | 14,867.96 | 12,998.68 | 4,793.00 |
| Creditors Service Bureau of Niles, Inc. | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Dept.. of Licensing & Regulatory Affair | Unsecured | 3,107.00 | NA | NA | 0.00 | 0.00 |
| Detroit Jewish News | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Ear, Nose & Throat Consultants | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 695.40 | NA | NA | 0.00 | 0.00 |
| Freedman & Goldberg | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Glendale Neurological Assoc, PC | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Glendale Nuerological Ass. PC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| GOLD LANGE MAJOROS | Unsecured | NA | 0.00 | 2,483.89 | 0.00 | 0.00 |
| Henry Ford Heath System | Unsecured | 1,519.69 | NA | NA | 0.00 | 0.00 |
| Hospital Consultants | Unsecured | 895.00 | NA | NA | 0.00 | 0.00 |
| Huntington National Bank | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Independant Emergency Physicians | Unsecured | 621.80 | NA | NA | 0.00 | 0.00 |
| Intuit, Inc. | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| Karmanos | Unsecured | 107.84 | NA | NA | 0.00 | 0.00 |
| Lakes Urgent Care | Unsecured | 36.72 | NA | NA | 0.00 | 0.00 |
| MACPA | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Marc Dunn, M.D. | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Michigan Bell Telephone Company | Unsecured | NA | 589.13 | 589.13 | 0.00 | 0.00 |
| Michigan Department of Treasury | Unsecured | NA | 59.90 | 59.90 | 0.00 | 0.00 |
| Michigan Department of Treasury | Priority | NA | 44.44 | 44.44 | 44.44 | 0.00 |
| Michigan Endoscopy Ctr, LLC | Unsecured | 150.40 | NA | NA | 0.00 | 0.00 |
| Michigan Insurance Company | Unsecured | 278.19 | NA | NA | 0.00 | 0.00 |
| Mill Pointe of Waterford Association | Secured | NA | 2,680.00 | 2,680.00 | 2,577.54 | 0.00 |
| Mill Pointe of Waterford Association | Secured | 1,200.00 | 1,200.00 | 1,200.00 | 1,090.70 | 0.00 |
| Nahid D. Elyas, MD | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE | Secured | NA | 22,330.28 | 22,330.28 | 20,296.53 | 0.00 |
| NATIONSTAR MORTGAGE | Secured | NA | 63,610.46 | 66,732.10 | 63,610.46 | 0.00 |
| Northwestern Services | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Novi Chophouse | Unsecured | 10,408.60 | NA | NA | 0.00 | 0.00 |
| Patrick Coleman - SD Landscaping | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank | Unsecured | 721.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates, LLC | Unsecured | NA | 0.00 | 831.84 | 0.00 | 0.00 |
| Priority Health | Unsecured | 1,930.92 | NA | NA | 0.00 | 0.00 |
| Providence Park Hospital | Unsecured | 5,966.75 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 38.70 | NA | NA | 0.00 | 0.00 |
| Robert Bachman | Unsecured | NA | 0.00 | 39,000.00 | 0.00 | 0.00 |
| Rubenstein, Isaacs P.C. | Unsecured | NA | 0.00 | 2,476.00 | 0.00 | 0.00 |
| Sokol Ndrejaj | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| Southeast Michigan Neurosurgery | Unsecured | 615.00 | NA | NA | 0.00 | 0.00 |
| Southfield Radiology Assoc. | Unsecured | 19.01 | NA | NA | 0.00 | 0.00 |
| St. John Providence - Physician Billing | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| Stephen Peck d/b/a Miracle League of MI | Unsecured | 3,095.00 | NA | NA | 0.00 | 0.00 |
| Thomson-Reuters | Unsecured | 697.42 | 697.42 | 0.00 | 0.00 | 0.00 |
| Trowbridge Restaurants, Inc. | Unsecured | 10,408.60 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless Bankruptcy Admin. | Unsecured | 944.35 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $66,732.10 | $63,610.46 | $0.00 |
| Mortgage Arrearage | $22,330.28 | $20,296.53 | $0.00 |
| Debt Secured by Vehicle | $14,867.96 | $12,998.68 | $4,793.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$103,930.34** | **$96,905.67** | **$4,793.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $44.44 | $44.44 | $0.00 |
| **TOTAL PRIORITY:** | **$44.44** | **$44.44** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$73,779.97** | **$3,668.24** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $15,759.17 |
| Disbursements to Creditors | $105,411.35 |
| **TOTAL DISBURSEMENTS** : | **$121,170.52** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/20/2018     By: /s/ Tammy L. Terry
                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**